UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| SAMUEL PAUL SOKOLIK,<br><br>    Plaintiff,<br><br>v.<br><br>CHATHAM COUNTY DETENTION CENTER, PRISON HEALTH SERVICES, INC., and AL ST. LAWRENCE,<br><br>    Defendants. | Case No. CV406-205 |

# ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 21 day of Nov., 2006.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA